AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Safe deposit box of Myra C. Miller located at<br>the Williamson, WV, Branch Banking & Trust<br>(BB&T) | Case No.  2:10-mj-00034 |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   Southern    District of   West Virginia
*(identify the person or describe the property to be searched and give its location)*:
Safe deposit box of Myra C. Miller located at the Williamson, West Virginia, Branch Banking & Trust (BB&T).

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before   March 15, 2010
                                                                *(not to exceed 14 days)*

X  in the daytime  6:00 a.m. to 10 p.m.      ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
   Mary E. Stanley                            .
             *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐for _____ days *(not to exceed 30).*
                                                        ☐until, the facts justifying, the later specific date of _____ .

Date and time issued:   March 1, 2010  11:31 am                  *Mary E. Stanley*
                                                                      *Judge's signature*

City and state:    Charleston, West Virginia            MARY E. STANLEY, United States Magistrate Judge
                                                                *Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 2:10-mj-00034 | Date and time warrant executed: 3/2/2010 11:21 am | Copy of warrant and inventory left with: Angela Branham, BB&T Employee |
| Inventory made in the presence of : FBI inventory not left / No inventory; executed warrant | | FBI SA Brad Bellows and SA Sherry Poyette |
| Inventory of the property taken and name of any person(s) seized: | | |

No Items Seized.



FILED
MAR 31 2010
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/17/10

_____
Executing officer's signature

FBI SA James F. Lafferty II
Printed name and title

## ATTACHMENT A

    (a) United States currency, precious metals, jewelry, and financial instruments, including, but not limited to, stocks and bonds.

    (b) Titles, books, records, receipts, bank statements and records, money drafts, letter of credit, money order and cashier's checks, receipts, passbooks, bank deposit tickets, safe deposit box keys, and memoranda and other items evidencing the obtaining, secreting, transfer and/or concealment of assets and the obtaining, secreting, transfer, concealment, and/or expenditures of money.

    (c) Financial and business records, including, but not limited to books, records, ledgers, journals, receipts, notes, memoranda, address books, and telephone books.